## No. 17,107.

### LUTIN *v.* ANDERSON.
(268 P. [2d] 401)

Decided March 15, 1954.   Rehearing denied April 5, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. SEAVY & SEAVY, for plaintiff in error.

Mr. JOHN W. ELWELL, for defendant in error.